**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MOHAMMED WILLIAMS,**

    Petitioner,

vs.                                       Case No. 4:13cv185-MW/CAS

**STATE OF FLORIDA,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION

    Petitioner Mohammed Williams, proceeding pro se, has filed an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Doc. 6.  Petitioner has also submitted a motion to proceed in forma pauperis.  Doc. 8.

    Petitioner is currently incarcerated at the Wakulla Correctional Institute Annex in Crawfordville, Florida, located in the Northern District of Florida.  *See* Docs. 6, 8; *see* 18 U.S.C. § 89(a).  He challenges his conviction and sentence, following entry of a guilty plea, from the Fourth Judicial Circuit, Duval County, Florida, a state court located in the Middle District of Florida.  Doc. 6 at 1; *see* 18 U.S.C. § 89(b).

    Jurisdiction is appropriate in the district of confinement and the district of conviction.  28 U.S.C. § 2241(d) (providing that state prisoner may file habeas petition in district where he was convicted and sentenced or in district where he is incarcerated).  Although Petitioner is incarcerated in this district, his conviction and sentence is from a

state court in the Middle District of Florida. The district of conviction would appear to be the most convenient and appropriate venue. The Court therefore considers it to be in the interest of justice to transfer this case to the United States District Court for the Middle District of Florida. *See* 28 U.S.C. § 2241(d) (providing that court in which the habeas petition is filed "in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination"); Parker v. Singletary, 974 F.2d 1562, 1582 (11th Cir. 1992) (explaining that courts should give "careful consideration to the convenience of witnesses" when deciding to transfer case pursuant to § 2241(d)).

Accordingly, it is respectfully **RECOMMENDED** that this case file be **TRANSFERRED** to the United States District Court for the Middle District of Florida.

**IN CHAMBERS** at Tallahassee, Florida, on May 9, 2013.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO PARTIES

Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

Case No. 4:13cv185-MW/CAS