IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MOHAMMED WILLIAMS,

       Petitioner,

v.                                      CASE NO. 4:13-cv-185-MW/CAS

STATE OF FLORIDA,

       Respondent.

****************************

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

The Court has considered the Magistrate's Report and Recommendation, ECF No. 9, filed May 9, 2013.  Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.  The Clerk shall enter judgment stating, "This cause is **TRANSFERRED** to the United States District Court for the Middle District of Florida."

SO ORDERED on May 29, 2013.

                                                s/Mark E. Walker
                                                United States District Judge